AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Christopher Brian Roe

)   Case: 1:23-mj-161
)   Assigned To: Magistrate Judge Zia M. Faruqui
)   Date: 7/12/2023
)   Description: Complaint with Arrest Warrant
)
)

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Christopher Brian Roe__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
18 U.S.C. § 1361 - Destruction of Government Property
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building

2023.07.12
14:04:57
-04'00'

Date: 07/12/2023

_Issuing officer's signature_

City and state:   Washington, D.C.                           Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) __07-12-2023__, and the person was arrested on (date) __07-18-2023__
at (city and state) __RAYTOWN, MO__.

Date: __07-18-2023__

_Arresting officer's signature_

VINCENT KINGSTON, FBI TFO
_Printed name and title_