# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:23-mj-00161-ZMF-1 |
| ) | |
| CHRISTOPHER BRIAN ROE, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Comes now Stephen C. Moss, Assistant Federal Public Defender, and requests the Clerk to enter counsel's appearance in the above captioned cause on behalf of defendant, Christopher Brian Roe.

Respectfully submitted,

/s/ Stephen C. Moss
Stephen C. Moss
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
Phone: 816-471-8282
Fax: 816-471-8008
Attorney for Defendant

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that one copy of the foregoing motion was electronically filed on this 25th day of July, 2023, and that a copy was electronically delivered to all participants of the ECF filing system, pursuant to the Electronic Case Filing system.

/s/ Stephen C. Moss
Stephen C. Moss